1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

RUDY ALARCON, et al.,

                              Plaintiffs,

        v.

CITY OF CALEXICO,

                              Defendant.

CASE NO: 09-CV-1421 W (PCL)

**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**

        Pending before the Court is a joint motion to dismiss the entire action without prejudice under Federal Rule of Civil Procedure 14(a)(1).  Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the joint motion (Doc. 17), and **DISMISSES** this action **WITHOUT PREJUDICE**.

        **IT IS SO ORDERED.**

DATED:  August 5, 2010

_____
Hon. Thomas J. Whelan
United States District Judge